UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO BALAGTAS,<br><br>Defendant. | Case No.: 22-CR-2245-JO<br><br>[PROPOSED] JUDGMENT AND ORDER ON THE UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |

The United States having moved pursuant to Rule 48(a) to dismiss the Superseding Information against the Defendant in this case (Dkt. 24) without prejudice, and good cause appearing, the United States' motion is hereby GRANTED, and the Superseding Information and the Indictment (Dkt. 1, 24) are hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

DATED: 5/3/23

HON. JINSOOK OHTA
UNITED STATES DISTRICT JUDGE